ORDERED.

Dated: **March 01, 2019**

*Cynthia C. Jackson*
Cynthia C. Jackson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

| | |
|---|---|
| Tommy Gene Williams, Jr. and Sharla Lafaye Brown-Williams, | Chapter 7 Case No.: 6:18-bk-00845-CCJ |
| Debtors. _____/ | |
| Career Tech LLC | |
| Plaintiff, | Adv. Pro. No. 6:18-ap-00035-CCJ |
| vs. | |
| Tommy Gene Williams, Jr., | |
| Defendant. _____/ | |

FINDINGS OF FACT AND CONCLUSIONS OF LAW

This case came before the Court on February 20, 2019 for trial on the Complaint (Doc. No. 1; the "Complaint"). The Plaintiff is an adult vocational school. The Defendant signed a contract

with the Plaintiff and agreed to pay approximately $5,000 for commercial truck driving training. The Defendant completed the training. The Defendant then defaulted under the contract by failing to make all payments to the Plaintiff. By the Complaint, the Plaintiff asks the Court to except from discharge under Section 523(a)(8) of the Bankruptcy Code, the amounts owed to Plaintiff.

Having considered the evidence, the arguments of counsel, and for the reasons stated at trial that constitute the Court's findings of fact and conclusions of law under Federal Rule of Bankruptcy Procedure 7052, the Court finds in favor of the Defendant on all counts of the Complaint. The amounts owed to Plaintiff will be discharged. A separate judgment consistent with the Court's findings and conclusions shall be entered contemporaneously.

Clerk's office to serve